OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, without costs.
 

 Although the police had an "objective credible reason” for approaching the defendant, the pointed questioning regarding the ownership of the bag and consent to search it was im
 
 *890
 
 proper because it was not based on a founded suspicion of criminal activity
 
 (People v De Bour,
 
 40 NY2d 210, 215). Because the defendant’s consent was a product of the improper police inquiry, the Family Court erred when it found that the defendant had consented to the search of his bag
 
 (see, People v Hollman,
 
 79 NY2d 181 [decided today]).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Titone, Hancock, Jr., and Bellacosa concur; Judge Alexander taking no part.
 

 Order affirmed, without costs, in a memorandum.